461 A.2d 875

Commonwealth v. Brady, Jr., Appellant.

Petition for Allowance of Appeal Denied Sept. 30, 1983.

Submitted February 17, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.